IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOSE ANTONIO VERDUGO-MUNOZ,
    Petitioner,

Civil Action No. 7:15-cv-00080

v.

ORDER

CHRISTOPHER ZYCH,
    Respondents.

By:  Hon. Jackson L. Kiser
Senior United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice and the case is **STRICKEN** from the active docket of the court.

ENTER: This 7th day of April, 2015.

_/s/ Jackson L. Kiser_
Senior United States District Judge